IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Julie Fetch, | : | Case No. 2:17-cv-569-GCS-EPD |
| Plaintiff, | : | Judge George C. Smith |
| v. | : | Magistrate Judge Elizabeth P. Deavers |
| Aetna Life Insurance Company, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Come now the parties, by their respective counsel, and stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Tony C. Merry (with consent)*
Tony C. Merry   (0042471)
Trial Attorney
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, OH  43085
(614) 372-7114
(614) 505-6109 [fax]
tmerry@tmerrylaw.com
Attorney for Plaintiff, Julie Fetch

*/s/ Kimberly A. Jones*
Kimberly A. Jones, *Admitted pro hac vice*
Trial Attorney
Ogletree Deakins Nash Smoak & Stewart P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 558-1237
(312) 807-3619 [fax]
kimberly.jones@ogletree.com

Mark E. Schmidtke
*Admitted pro hac vice*
Ogletree Deakins Nash Smoak & Stewart P.C.
56 S. Washington Street, Suite 302

Valparaiso, IN 46383
Telephone: 219-242-8668
Facsimile: 219-242-8669
mark.schmidtke@ogletreedeakins.com


Heather M. Huffman (0078362)
Ogletree Deakins Nash Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.274.6913 (TELEPHONE)
216.357.4733 (FAX)
heather.huffman@ogletreedeakins.com


Attorneys for Defendant, Aetna Life Insurance Company


**CERTIFICATE OF SERVICE**

I certify that the foregoing *STIPULATION OF DISMISSAL* was filed through the Court's ECF system and available to all registered users this 15th day of November, 2017.


*/s/Kimberly A. Jones*
Kimberly A. Jones

31987555.1

2